UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MERRIFIELD,<br>   Plaintiff,<br><br>v.<br><br>ROBERT GUSSMAN, TRACEY<br>VALENTINE-GUSSMAN, ANTHONY C.<br>DEARTH, and MATTHEW REARDON,<br>   Defendants. | No. 1:17-cv-10679-RWZ |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Matthew D. Thompson hereby requests leave to withdraw his appearance as counsel for Defendant Matthew Reardon in the above captioned matter. As grounds therefor, Mr. Thompson states that Mr. Reardon has elected to proceed *pro se* in this matter.

 /s/ Matthew D. Thompson
Matthew D. Thompson
B.B.O. No. 655225
BUTTERS BRAZILIAN LLP
699 Boylston Street, 12th Floor
Boston, Massachusetts 02116
(617) 367-2600
(617) 367-1363 *f*
thompson@buttersbrazilian.com

August 24, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as well as the Defendant, Matthew Reardon, on this date.

/s/ Matthew D. Thompson
Matthew D. Thompson